FILED

08 JUN 23  AM 10: 01

# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

E-filing

CV 08    3047

JW

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

**In Re:** 3DFX INTERACTIVE, INC.

**Bk. Ct. No.:** 0255795

**BAP No.:** NC-08-1128

**ADV. NO.:** 03-5079

## NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT

A party to the appeal has timely filed an objection to the disposition of this matter by the Bankruptcy Appellate Panel. See 28 USC Section 158. Consequently, this appeal is herewith transferred to San Francisco Dsitrict Court.

Please acknowledge receipt of the case file listed above by signing and returning a copy of this transmittal form.

Harold S. Marenus, BAP Clerk

By: Edwina Clay, Deputy Clerk
Date: May 30, 2008

Please acknowledge receipt of
the case file listed above.
Dated:_____

Signed:_____
          District Court Deputy

Assigned District Court No.

_____

cc: Bankruptcy Court
      All Parties

CsJ

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK    FILED
280 South First Street, Room 3035
San Jose, CA  95113-3099    JUN 2 0 2008

E-filing

FILED

MAY 1 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

**TRANSMITTAL FORM**

BAP# NC-08-1128

TO:    Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA, 91105    **JW**

**CV 08    3047**

RECEIVED
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

MAY 1 9 2008

CASE NAME:    3DFX Internactive, Inc.

FILED
DOCKETED 5-30-08
DATE    INITIAL

BANKRUPTCY NO.:    02-55795-RLE

ADVERSARY PROCEEDING:    William A Brandt  v.  Nvidia Corp

ADVERSARY NO.:    03-5079

BANKRUPTCY JUDGE:    Efremsky

DATE NOTICE OF APPEAL FILED:    03-5079

DATE OF ENTRY OF ISSUE:    5/2/08

DATE BANKRUPTCY FILED:    10/15/02

NOTICE OF OBJECTION FILED:

DATE OF TRANSMITTAL:    5/15/08

PLEASE STAMP YOUR CASE NUMBER on a copy of this transmittal form and return the copy to the bankruptcy court.

Deputy Clerk

1  BUCHALTER NEMER
   A Professional Corporation
2        ROBERT E. IZMIRIAN (SBN: 53805)
         PETER G. BERTRAND (SBN: 87883)
3        RICHARD C. DARWIN (SBN: 161245)
         KIM Y. ARNONE (SBN: 184017)
4        MONIQUE JEWETT-BREWSTER (SBN: 217792)
   333 Market Street, 25th Floor
5  San Francisco, CA  94105-2126
   Telephone: (415) 227-0900
6  Facsimile: (415) 227-0770
   rizmirian@buchalter.com
7
   Attorneys for Chapter 11 Trustee
8  WILLIAM A. BRANDT, JR.

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

MAY 1 9 2008

FILED _____
DOCKETED _____
              DATE      INITIAL

BAP#NC-08-1128

9
                UNITED STATES BANKRUPTCY APPELLATE PANEL
10
11                          OF THE NINTH CIRCUIT

12  In re                              Case No. 02-55795 RLE

13  3DFX INTERACTIVE, INC., a California   Chapter: 11        3047
    corporation,                          08
14
                Debtor.
15                                      Adversary Proceeding No. 03-5079

16  WILLIAM A. BRANDT, JR., TRUSTEE,   PLAINTIFF'S NOTICE OF APPEAL

17                Plaintiff,

18        v.

19  NVIDIA CORPORATION, a Delaware     Ctrm:    Honorable Roger L. Efremsky,
    corporation, and NVIDIA US                  United States Bankruptcy Court,
20  INVESTMENT COMPANY, f/k/a TITAN            280 South First Street,
    ACQUISITION CORP. NO. 2, a Delaware        San Jose, CA
21  corporation,

22                Defendants.

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1940273v1

1    TRUSTEE WILLIAM A. BRANDT, JR., Plaintiff in the above-captioned Adversary

2  Proceeding, appeals under 28 U.S.C. §158(a) and (b) from the Honorable Roger L. Efremsky's

3  Order After Trial entered in this Adversary Proceeding on the 2nd day of May, 2008.

4        The names of all parties to the Order After Trial appealed from and the names, addresses,

5  and telephone numbers of their respective attorneys are as follows:

| Plaintiff:<br>WILLIAM A. BRANDT, JR., TRUSTEE, an individual | Plaintiff's Attorneys:<br>Buchalter Nemer, A Professional Corporation<br>Robert E. Izmirian, Esq.<br>Peter G. Bertrand, Esq.<br>Richard C. Darwin , Esq.<br>Kim Y. Arnone, Esq.<br>Monique Jewett-Brewster, Esq.<br>333 Market Street, 25th Floor<br>San Francisco, Ca 94105-2126<br>Telephone: (415) 227-0900<br>Facsimile: (415) 227-0770<br><br>Aron M. Oliner, Esq.<br>Law Offices of Duane Morris<br>1 Market Spear Tower #2000<br>San Francisco, CA 94105-3104<br>Telephone: (415) 957-3000<br>Facsimile: (415) 957-3001 |
| Defendants:<br>NVIDIA CORPORATION, a Delaware corporation<br><br>NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation | Defendants' Attorneys:<br>Robert P. Varian, Esq.<br>Karen Johnson-McKewan, Esq.<br>James N. Kramer, Esq.<br>Jonathan B. Gaskin, Esq.<br>Frederick D. Holden, Jr., Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br>Telephone: (415) 773-5700<br>Facsimile: (415) 773-5759 |

27    ///

28    ///

BUCHALTER NEMER<br>A PROFESSIONAL CORPORATION<br>SAN FRANCISCO

BN 1940273v1                                        1

1   DATED: May 12, 2008

2                                   By: /s/ Monique Jewett-Brewster
                                        MONIQUE JEWETT-BREWSTER
3                                       Attorneys for Trustee William A. Brandt, Jr.

4                                   BUCHALTER NEMER
                                    A Professional Corporation
5                                   333 Market Street, 25th Floor
                                    San Francisco, Ca  94105-2126
6                                   Telephone: (415) 227-0900

7        If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a

8   right to have the appeal heard by the district court.  The appellant may exercise this right only by

9   filing a separate statement of election at the time of the filing of this notice of appeal.  Any other

10  party may elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the

11  district court.

12

13       *If a child support creditor or its representative is the appellant, and if the child support*

14  *creditor or its representative files the form specified in §304(g) of the Bankruptcy Reform Act of*

15  *1994, no fee is required.*

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1940273v1                                2

PLAINTIFF'S NOTICE OF APPEAL – CASE NO. 02-55795-RLE / ADV. PROC. NO. 03-5079

Entered on Docket
May 02, 2008

GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed May 01, 2008

Roger L. Efremsky
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

CV 08      3047        JW

In re                                    Case No. 02-55795-RLE

3DFX INTERACTIVE, INC.,                  Chapter 11

        Debtor.                          Adv. Proc. No. 03-5079

WILLIAM A. BRANDT, JR., TRUSTEE,

            Plaintiff,

vs.

nVIDIA CORPORATION, a Delaware
Corporation; et al.,

            Defendant(s).
_____/

ORDER AFTER TRIAL

On January 26, 2007, the parties in this Adversary
Proceeding filed a Joint Statement of Legal and Factual Questions

-1-

1  for Trial (the "Joint Statement"). Docket no. 237. A timed
2  trial took place between March 21, 2007 and April 5, 2007. Post-
3  trial briefing was completed and the matter was submitted for
4  decision.
5      On April 30, 2008, the Court issued its Memorandum Decision
6  After Trial (the "Memorandum Decision"). Defined terms used
7  herein are the same as those used in the Memorandum Decision.
8  For the reasons stated in the Memorandum Decision, 3dfx received
9  reasonably equivalent value for what it transferred or
10 surrendered in the Transaction.
11
12              * * * *  END OF ORDER  * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

2 **COURT SERVICE LIST [by ecf]**

3

4 Robert P. Varian
  Karen Johnson-McKewan
5 James N. Kramer
  Orrick, Herrington & Sutcliffe, LLP
6 San Francisco, California

7

  Peter G. Bertrand
8 Richard C. Darwin
  Kim Y. Arnone
9 Buchalter Nemer
  San Francisco, California

10

  Nanette Dumas
11 Office of the U.S. Trustee
  San Jose, California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Case No. 02-55795-RLE

MAY 1 5 2008

CLERK
UNITED STATES BANKRUPTCY COURT
SAN JOSE, CALIFORNIA

In re
3DFX Internactive, Inc.
                    Debtor(s)  /

Adversary No. 03-5079

William A. Brandt, Jr., Trustee

Chapter

            Plaintiff(s)

v.

Nvidia Corporation, and Nvidia US Investment
Company, fka Titan Acqusition Corp., No. 2
                    Defendant(s)/

CV 08     3047

JW

### NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES:

YOU AND EACH OF YOU are hereby notified that a notice of appeal has been filed by William A. Brandt, Jr. Trustee with the Clerk of the Bankruptcy Court. By virtue of the orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated :May 15, 2008

GLORIA L. FRANKLIN, Clerk

By:_____
            Deputy Clerk

1

2

Re: 02-55795-RLE

3    Adv. 03-5079

4

5

6

7

8                        UNITED STATES BANKRUPTCY COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                            CERTIFICATE OF MAILING

11

12        I, the undersigned, a regularly appointed and qualified clerk in the office of the Northern

District of California, San Jose, California, hereby certify:

13        That I, in the performance of my duties as such Clerk, served a copy of the foregoing

14   document by depositing it in the regular United States mail at San Jose, California on the date shown

below, in a sealed envelope bearing the lawful frank of the United States Bankruptcy Court

15   addressed as listed below.

16

17   Buchalter Nemer, A Professional           Aron M. Oliner, Esq.
     Corporation                               Law Offices of Duane Morris
18   Robert E. Izmirian, Esq.                  1 Market Spear Tower #2000
     Peter G. Bertrand, Esq.                   San Francisco, CA 94105-3104
19   Richard C. Darwin .Esq.
     Kim Y. Amone, Esq.                        Robert P. Varian, Esq.
20   Monique Jewett-Brewster, Esq.             Karen Johnson-McKewan, Esq.
     333 Market Street, 25th Floor             James N. Kramer, Esq.
21   San Francisco, Ca 94105-2126              Jonathan B. Gaskin, Esq.
                                               Frederick D. Holden, Jr., Esq.
22   Office of the US Trustee                  Orrick, Herrington & Sutcliffe, LLP
     280 S. First Street, Room 268             The Orrick Building
23   San Jose, CA 95113                        405 Howard Street
                                               San Francisco, CA 94105
24

25   Clerk of the Bankruptcy Appellate Panel
     Attn: Edwina Clay
26   125 S. Grand Ave
     Pasadena, CA 91105

27

28

                                        1

Certificate of Mailing.wpt

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

1

2

3   Dated: _May 14, 2008_

4                                              Lupe Barron,  Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT
For The Northern District Of California

2

Certificate of Mailing.wpt



**ORRICK**

R E C E I V E D
Harold S. Marenus, Clerk
U.S.  BKCY APP. PANEL
OF THE NINTH CIRCUIT

MAY 2 1 2008

FILED _____
DOCKETED _____
                    DATE          INITIAL

May 20, 2008

Christine J. Flores
(415) 773-5566
cflores@orrick.com

*VIA FEDERAL EXPRESS*

Clerk
Bankruptcy Appellate Panel
125 South Grand Avenue
Pasadena, CA 91105

Re:     *In re 3DFX Interactive, Inc., Debtor*
          *William A. Brandt, Jr., Trustee v NVIDIA Corporation, et al.*
          BAP No. NC-08-1128

Dear Clerk:

Enclosed is Defendants-Appellees' Statement of Election Pursuant to 28 U.S.C. § 158(C)(1)(B) and Federal Rule of Bankruptcy Procedure 8001(e) to Have Appeal and Motion for Leave to Appeal Interlocutory Order Heard by the District Court, which was sent to your office via fax earlier today.

A return envelope is enclosed for the return of a filed stamped copy.

Sincerely,

Christine J. Flores
Secretary to Rachel Patience Ragni

OHS West:260442941.1

1   ROBERT P. VARIAN. (State Bar No. 107459)
    KAREN JOHNSON-MCKEWAN (State Bar No. 121570)
2   JAMES N. KRAMER (State Bar No. 154709)
    RACHEL PATIENCE RAGNI (State Bar No. 241061)
3   ORRICK, HERRINGTON & SUTCLIFFE LLP
    The Orrick Building
4   405 Howard Street
    San Francisco, CA  94105-2669
5   Telephone:    415-773-5700
    Facsimile:    415-773-5759
6
    Attorneys for Defendants
7   NVIDIA CORPORATION, NVIDIA US INVESTMENT
    COMPANY
8

RECEIVED
Harold S. Marenus, Clerk
U.S.  BKCY.APP.PANEL
OF THE NINTH CIRCUIT

MAY 2 1 2008

FILED   5-21-08
DOCKETED   5-30-08
    DATE          INITIAL

*E-filing*

9

10              UNITED STATES BANKRUPTCY APPELLATE PANEL

11                        OF THE NINTH CIRCUIT

CV 08   3047

JW

12

13   In re                                    Case No.  02-55795-RLE

14   3dfx INTERACTIVE INC.,                    Chapter 11

         Debtor.
15

16   WILLIAM A. BRANDT, JR., TRUSTEE,          Adversary Proceeding No. 03-5079

17
                    Plaintiff and Appellant,
18                                             BAP No. NC-08-1128

19                    vs.
                                               **DEFENDANTS-APPELLEES'**
20                                             **STATEMENT OF ELECTION**
     NVIDIA CORPORATION and NVIDIA US          **PURSUANT TO 28 U.S.C.**
21   INVESTMENT COMPANY,                        **§ 158(C)(1)(B) AND FEDERAL RULE**
                                               **OF BANKRUPTCY PROCEDURE**
22                                             **8001(e) TO HAVE APPEAL AND**
                    Defendants and            **MOTION FOR LEAVE TO APPEAL**
23                  Appellees.                 **INTERLOCUTORY ORDER HEARD**
                                               **BY THE DISTRICT COURT**
24

25

26

27

28

OHS West:260440314.2

STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT
CASE NO. 02-55795 RLE; ADVERSARY PROCEEDING NO. 03-5079; BAP NO. NC-08-1128)

1    With reference to the Notice of Appeal filed on May 12, 2008 [Docket No. 503] and the

2   Motion for Leave to Appeal Interlocutory Order [Docket No. 504] by the plaintiff, William A.

3   Brandt, Jr., Trustee, Appellees NVIDIA Corporation and NVIDIA US Investment Company, by

4   and through undersigned counsel, hereby elect pursuant to 28 U.S.C. § 158(c)(1)(B) and

5   Bankruptcy Rule 8001(e) to have the appeal and the motion heard by the United States District

6   Court, Northern District of California.

7

8   DATED: May 19, 2008                    ORRICK, HERRINGTON & SUTCLIFFE LLP

9
                                           By
10                                              Karen Johnson-McKewan

11                                         Attorneys for Defendants NVIDIA Corporation
                                           and NVIDIA US Investment Company
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260440314.2

- 1 -

STATEMENT OF ELECTION TO HAVE APPEAL HEARD BY THE DISTRICT COURT
(CASE NO. 02-55795 RLE; ADVERSARY PROCEEDING NO. 03-5079)

## PROOF OF SERVICE BY MAIL

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On May 20, 2008, I served the following document(s):

STATEMENT OF ELECTION TO THE DISTRICT COURT

on the interested parties in this action by placing true and correct copies thereof in sealed envelope(s) addressed as follows:

>
> Robert E. Izmirian, Esq.
> Peter G. Bertrand, Esq.
> Richard C. Darwin, Esq.
> Kim Y. Arnone, Esq.
> Monique Jewett-Brewster, Esq.
> Buchalter Nemer
> 333 Market Street, 25th Floor
> San Francisco, CA 94105-2126
>
> Aron M. Oliner, Esq.
> Law Offices of Duane Morris
> 1 Market, Spear Street Tower #2000
> San Francisco, CA 94105-3104
>
> Office of the U.S. Trustee
> 280 South First Street, Room 268
> San Jose, CA 95113

I am employed in the county from which the mailing occurred. On the date indicated above, I placed the sealed envelope(s) for collection and mailing at this firm's office business address indicated above. I am readily familiar with this firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the firm's correspondence would be deposited with the United States Postal Service on this same date with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2008, at San Francisco, California.

Christine J. Flores

PROOF OF SERVICE

1   BUCHALTER NEMER
    A Professional Corporation
2        ROBERT E. IZMIRIAN (SBN: 53805)
         PETER G. BERTRAND (SBN: 87883)
3        RICHARD C. DARWIN (SBN: 161245)
         KIM Y. ARNONE (SBN: 184017)
4        MONIQUE JEWETT-BREWSTER (SBN: 217792)
    333 Market Street, 25th Floor
5   San Francisco, CA 94105-2126
    Telephone: (415) 227-0900
6   Facsimile: (415) 227-0770
    rizmirian@buchalter.com

7
    Attorneys for Chapter 11 Trustee
8   WILLIAM A. BRANDT, JR.

9

10              UNITED STATES BANKRUPTCY APPELLATE PANEL

11                         OF THE NINTH CIRCUIT

12

13  In re                                Case No. 02-55795 RLE

14  3DFX INTERACTIVE, INC., a California  Chapter: 11
    corporation,
15                                        CV  08        3047
                Debtor.
16                                        Adversary Proceeding No. 03-5079

17  WILLIAM A. BRANDT, JR., TRUSTEE,      PLAINTIFF'S MOTION FOR LEAVE TO
                                          APPEAL INTERLOCUTORY ORDER
18              Plaintiff,

19         v.

20  NVIDIA CORPORATION, a Delaware        Ctrm:      Honorable Roger L. Efremsky,
    corporation, and NVIDIA US                       United States Bankruptcy Court,
21  INVESTMENT COMPANY, f/k/a TITAN                  280 South First Street,
    ACQUISITION CORP. NO. 2, a Delaware              San Jose, CA
22  corporation,

23              Defendants.

24

25       William A. Brandt, Jr., Trustee ("Trustee"), by and through his counsel, hereby submits

26  the following Motion for Leave to Appeal Interlocutory Order (the "Motion").

27

28  BN 1940269v1

PROFESSIONAL CORPORATION
SAN FRANCISCO

    PLAINTIFF'S MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER
            – CASE NO. 02-55795-RLE / ADV. PROC. NO. 03-5079
    Case: 03-05079    Doc #: 504    Filed: 05/12/2008    Page 1 of 5

# I.

# INTRODUCTION

Trustee ("Appellant") requests leave pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8003 to appeal the Bankruptcy Court's findings as to the limited issues set for determination after the timed trial that took place between March 21, 2007 and April 5, 2007 in the above-captioned Court. Specifically, Appellant requests leave to appeal the Court's findings as to the nature of the assets transferred and/or surrendered by Debtor 3dfx Interactive, Inc. ("Debtor" or "3dfx") to nVidia Corporation and nVidia U.S. Investment Company (collectively, "nVidia") as part of the asset purchase agreement by and between 3dfx and nVidia, and which transfers are subject to avoidance under the applicable state and federal fraudulent transfer statutes. Appellant further requests leave to appeal the Court's findings as to the fair market value of the transferred and/or surrendered assets, and whether nVidia paid an amount reasonably equivalent to the value of the assets. Appellant submits that the subject Order After Trial should be reviewed immediately, in spite of its interlocutory nature, because the issues addressed therein involve a controlling question of law, as to which there is substantial basis for difference of opinion. Moreover, Appellant believes an immediate appeal may materially advance the ultimate termination of litigation in this case.

# II.

# STATEMENT OF FACTS

3dfx was a publicly traded semiconductor company incorporated in California in 1994, and historically, nVidia and 3dfx were competitors in the same field. After unsuccessfully merging with certain companies, 3dfx began to experience severe financial problems in late 1999 and early 2000. During the same time period, 3dfx and nVidia were also suing each other for patent infringement (the "Patent Litigation"). In September 2000, 3dfx decided to try to sell its business assets. In or around December 2000, after consideration of competing proposals, 3dfx accepted nVidia's proposal for the purchase of its business assets.

The sale and purchase transaction (the "Transaction") was documented by the execution of several documents, including but not limited to, a certain written Asset Purchase Agreement

1
BN 1940269v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

PLAINTIFF'S MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER
– CASE NO. 02-5579-RLE / ADV. PROC. NO. 03-5079
Case: 03-05079     Doc #: 504     Filed: 05/12/2008     Page 2 of 5

1  (the "APA"). The APA defined "Specified Assets" to be sold as part of the Transaction and

2  certain "Excluded Assets" from the sale. The APA further described certain "Cash Consideration"

3  and "Stock Consideration" comprising nVidia's payment for the purchased assets. The

4  Transaction closed in or around April 2001, at which time nVidia paid the balance of the $70

5  million Cash Consideration for the purchase, and declined to pay the Stock Consideration because

6  3dfx failed to meet certain conditions set forth in the APA. At the Transaction's closing, pursuant

7  to the parties' agreement, the Patent Litigation was also dismissed.

8        3dfx filed its Chapter 11 case on October 15, 2002, and Trustee was appointed January 24,

9  2003. On February 24, 2003, Trustee commenced the above-captioned adversary proceeding.

10  Trustee's Complaint states four claims for relief based on California Civil Code §§ 3439.04(a)

11  and (b) and § 3439.05 (California's Uniform Fraudulent Transfer Act), made applicable to these

12  proceedings by § 544(b)(1) of the Bankruptcy Code. Trustee's valuation expert determined that

13  the assets sold by 3dfx and purchased by nVidia in the Transaction had a fair market value of at

14  least $140 million. Accordingly, Trustee alleges that the $70 million nVidia paid in the

15  Transaction is less than reasonably equivalent value for the assets it purchased from 3dfx.

16  ### III.

17  ### STATEMENT OF QUESTIONS TO BE PRESENTED BY THE APPEAL

18        Appellant appeals from the Court's Order After Trial, entered on May 2, 2008. The Order

19  After Trial, assigned Docket No. 300, is linked to this Motion as per the ECF requirements of this

20  jurisdiction. The following are the questions to be presented by the appeal:

21        1.    What was transferred and/or surrendered by 3fdx to nVidia?

22        2.    Of what was transferred and/or surrendered by 3dfx to nVidia, what is subject to

23  avoidance under applicable state and federal fraudulent statutes, California Civil Code §§

24  3439.04, 3439.05, and 11 U.S.C. § 544(b)?

25        3.    With respect to what is identified in the answer to #2 above, what was its fair

26  market value as of the date it was transferred and/or surrendered?

27        4.    Is the approximately $70 million paid by nVidia reasonably equivalent to the

28  answer to #3 above?

BN 1940269\1

2

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

PLAINTIFF'S MOTION FOR LEAVE TO APPEAL INTERLOCUTORY ORDER
– CASE NO. 02-55795-RLE / ADV. PROC. NO. 03-5079
Case: 03-05079    Doc #: 504    Filed: 05/12/2008    Page 3 of 5

**IV.**

**LEGAL DISCUSSION**

**A.    Immediate Consideration of the Appeal is Warranted Under FRBP 8003.**

Federal Rule of Bankruptcy Procedure 8003(a) provides: "A motion for leave to appeal under 28 U.S.C. § 158(a) shall contain: (1) a statement of the facts necessary to an understanding of the questions to be presented by the appeal; (2) a statement of those questions and of the relief sought; (3) a statement of the reasons why an appeal should be granted; and (4) a copy of the judgment, order or decree complained of and of any opinion or memorandum relating thereto."

FRBP 8003 does not contain a standard to apply to determine whether leave should be granted with respect to an interlocutory appeal. Courts have, however, employed by analogy the standard contained in 28 U.S.C. § 1292(b). 10 Collier on Bankruptcy, ¶ 8003.03 (15th rev. ed. 2005). In applying 28 U.S.C. § 1292(b), courts have determined that it is appropriate to grant leave to file an interlocutory appeal if: (1) the order on appeal involves a controlling question of law, (2) as to which there is substantial basis for difference of opinion, and (3) an immediate appeal may materially advance ultimate termination of litigation. *In re Nicholes*, 184 B.R. 82 (B.A.P. 9th Cir. 1995); *In re Roderick Timber Co.*, 185 B.R. 601 (B.A.P. 9th Cir. 1984).

The Order After Trial warrants an immediate appeal, despite its interlocutory nature. The parties disagree on a controlling issue, to wit, the nature of the exact assets to be valued: whether a collection of assets was sold in the Transaction, or rather, an entire business (including its intellectual property, goodwill and workforce). According to nVidia, the Transaction was an asset sale in which the Specified Assets had a fair market value of $13.4 million for which nVidia paid $70 million based on its own strategic motivations. Trustee, on the other hand, asserts that the Transaction amounted to the sale of a business or business unit with a fair market value of $140 million for which nVidia paid $70 million to the detriment of the 3dfx creditors. Appellant asserts that the final determination of this hotly disputed (and controlling) issue will work to advance the ultimate termination of this litigation.

/ / /

/ / /
BN 1940269v1

3

JUCHALTER NEMER
PROFESSIONAL CORPORATION
SAN FRANCISCO

1

## V.

2

## CONCLUSION

3
Based on the foregoing, Appellant requests that it be granted leave to appeal the Order

4
After Trial entered May 2, 2008. Appellant also requests that the Panel order any other relief it

5
deems necessary.

6
DATED: May 12, 2008

7

8

9

BUCHALTER NEMER
A Professional Corporation

By:     /s/ Monique Jewett-Brewster
         MONIQUE JEWETT-BREWSTER
         Attorneys for Trustee William A.
         Brandt, Jr.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1940269v1

4