E-filing

UNITED STATES DISTRICT COURT

FILED
08 JUN 23 AM 9:59

NORTHERN DISTRICT OF CALIFORNIA

No. C- 08-03047 JW

Appellant,

v.

RE 3DFX INTERACTIVE INC.,

Appellee.

RE:

Bankruptcy Case: 02 55795

Adversary No.: 03- 5079

BAP No.: NC-08-1128

Appellant:

The appeal has been assigned the following case number, C- **08-03047** before the Honorable James Ware.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing.

Pursuant to Fed. R. Bankr. P. 8010 and B.L.R. 8010-1, the appellant must serve and file a brief not exceeding 25 pages in length 30 days after the record on appeal has been entered on the District Court docket.

The appellee must serve and file a brief not exceeding 25 pages in length 20 days after service of appellant's brief. If the appellee has filed a cross-appeal, the brief of appellee must contain the issues and argument pertinent to the cross-appeal, denominated as such.

The appellant must serve and file a reply brief not exceeding 15 pages in length 10 days after service of appellee's brief. If the appellee has filed a cross-appeal, the appellant must include its opposition in its reply brief.

The appellee may serve and file a reply to the opposition to any cross appeal not exceeding 15 pages in length 10 days after service of appellant's brief.

Pursuant to B.L.R. 8010-1, upon completion of the briefing, the assigned District Judge will set a date for oral argument, if needed; otherwise, the matter will be deemed submitted for decision.

Dated: Jun 23, 2008

For the Court
Richard W. Wieking, Clerk

By: Deputy Clerk

cc: USBC
    Counsel of Record

MARY ANN BUCKLEY

Bkcy Intake (5-08)