BUCHALTER NEMER
A Professional Corporation
    ROBERT E. IZMIRIAN (SBN: 53805)
    PETER G. BERTRAND (SBN: 87883)
    RICHARD C. DARWIN (SBN: 161245)
    KIM Y. ARNONE (SBN: 184017)
    MONIQUE JEWETT-BREWSTER (SBN: 217792)
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
*rizmirian@buchalter.com*

Attorneys for Chapter 11 Trustee
WILLIAM A. BRANDT, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3DFX INTERACTIVE, INC., a California corporation,<br><br>    Debtor.<br><br>WILLIAM A. BRANDT, JR., TRUSTEE,<br><br>    Plaintiff,<br><br>    v.<br><br>NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>    Defendants. | Case No. 08-3047<br><br>**STIPULATION TO DISMISS APPEAL**<br><br>*[No Hearing Set]*<br><br>Hon. James Ware |

BN 1969648v2

1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

This Stipulation ("Stipulation") is entered into by and between William A. Brandt, Jr., Trustee ("Trustee"), and nVidia Corporation and nVidia US Investment Company (collectively, "nVidia"), through their respective counsel of record. This Stipulation is made with respect to the following facts:

1. Trustee timely filed his *Notice of Appeal* and *Motion for Leave to Appeal Interlocutory Order* (the "Appeal") from the Hon. Roger L. Efremsky's Order After Trial entered May 2, 2008 in Adversary Proceeding No. 03-5079.

2. On May 27, 2008, Trustee filed the parties' *Stipulation to Dismiss Appeal Pursuant to FRBP 8001(c)(1)* (the "Stipulation to Dismiss") in Adversary Proceeding No. 03-5079.

3. Despite the parties' Stipulation to Dismiss, Trustee's Appeal has been docketed as Case No. 08-3047 in the instant court.

Based on the foregoing, the parties hereby stipulate and agree that the Trustee's Appeal shall be voluntarily dismissed.

SO STIPULATED.

DATED: June 30, 2008

BUCHALTER NEMER, A Professional Corporation

By: ____/s/ *Robert Izmirian*____
      Robert Izmirian
      Attorneys for Plaintiff-Trustee William A. Brandt, Jr.

DATED: June 30, 2008

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: ____/s/ *Karen Johnson-McKewan*____
      Karen Johnson-McKewan
      Attorneys for Defendants nVidia Corporation and nVidia US Investment Company