1  BUCHALTER NEMER
   A Professional Corporation
2       ROBERT E. IZMIRIAN (SBN: 53805)
        PETER G. BERTRAND (SBN: 87883)
3       RICHARD C. DARWIN (SBN: 161245)
        KIM Y. ARNONE (SBN: 184017)
4       MONIQUE JEWETT-BREWSTER (SBN: 217792)
   333 Market Street, 25th Floor
5  San Francisco, CA  94105-2126
   Telephone: (415) 227-0900
6  Facsimile: (415) 227-0770
   rizmirian@buchalter.com
7
   Attorneys for Chapter 11 Trustee
8  WILLIAM A. BRANDT, JR.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>3DFX INTERACTIVE, INC., a California corporation,<br><br>Debtor. | Case No. 08-3047<br><br>**ORDER DISMISSING APPEAL PURSUANT TO STIPULATION** |
| WILLIAM A. BRANDT, JR., TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION, a Delaware corporation, and NVIDIA US INVESTMENT COMPANY, f/k/a TITAN ACQUISITION CORP. NO. 2, a Delaware corporation,<br><br>Defendants. | [*No Hearing Set*]<br><br>Honorable James Ware |

BN 1970337v2                              1

1  On the basis of the stipulation of the above-captioned Parties, and good cause appearing, the Court hereby dismisses Plaintiff's Appeal from the Order After Trial entered May 2, 2008 in Adversary Proceeding No. 03-5079 by the Hon. Roger L. Efremsky, United States Bankruptcy Judge.

The Clerk shall close this file.

Dated: June 30, 2008

_____
JAMES WARE
United States District Judge

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1970337v2         2

**ORDER DISMISSING APPEAL**
**CASE NO. 08-3047**

## COURT SERVICE LIST

**Counsel for Appellant/Plaintiff-Trustee William A. Brandt, Jr.**
Buchalter Nemer, A Professional Corporation
Robert E. Izmirian, Esq.
Peter G. Bertrand, Esq.
Richard C. Darwin , Esq.
Kim Y. Arnone, Esq.
Monique Jewett-Brewster, Esq.
333 Market Street, 25th Floor
San Francisco, Ca  94105-2126

**Counsel for Appellee/Defendants nVidia Corporation and nVidia US Investment Company**
Robert P. Varian, Esq.
Karen Johnson-McKewan, Esq.
James N. Kramer, Esq.
Jonathan B. Gaskin, Esq.
Frederick D. Holden, Jr., Esq.
Orrick, Herrington & Sutcliffe, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1970337v2                          3

**ORDER DISMISSING APPEAL**
**CASE NO. 08-3047**